MalamutLaw

Christian J. Hoban, Esq.
christian@malamutlaw.com
Phone 856-424-1808
Fax 856-424-2032
*Member of NJ & PA Bars*

July 8, 2026

**Via ECF**
Magistrate Judge Matthew J. Skahill

**RE: Kevin Cansler v. AJM Packaging Corp., et. al., Docket No. 1:26-cv-627**

Judge Skahill:

I am filing this letter on the docket to certify that I have sent out a copy of your text order entered on July 2, 2026 [ECF No. 25] to Mr. Cansler as required by this Court. The text order was sent by both email and certified mail on today's date, July 8, 2026.

Please let me know if you have any questions or concerns or if there is anything else that you require from me or my firm at this time.

Sincerely,

*/s/ Christian J. Hoban*
Christian J. Hoban, Esquire